1014

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ALAN MAHONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03281-1, Ronald E. Culpepper, J., entered November 21, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

CLINT MCCANN ET AL., *Respondents*, v. JASON FOSHEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-31891-1, Glenna Hall, J., entered July 12, 2007. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Lau and Leach, JJ.

RICHARD BACH, *Respondent*, v. LESLIE PARRISH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08907-1, John P. Erlick, J., entered July 3, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD S. BONE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 06-1-00192-4, Vickie I. Churchill, J., entered August 23, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.